UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                Case No.    20-42678
Akio Koyama                           Chapter     13
                                      Judge       Tucker

                Debtor(s)
_____/

**ORDER CONFIRMING PLAN**

        The Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. 1325(a) are met.

        Therefore, IT IS HEREBY ORDERED that the Debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

        IT IS FURTHER ORDERED that the claim of Karen E. Evangelista, PC, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $<u>BY APPLICATION</u> in fees and $BY APPLICATION in expenses and that the portion of such claim which has not already been paid, to-wit: $BY APPLICATION shall be paid by the Trustee as an administrative expense of this case.

        IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

        All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. S502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

        IT IS FURTHER ORDERED as follows:

- [x] In the event Debtor's non-filing spouse receives unemployment compensation due to her current period of unemployment, Debtor shall file Amended Schedules I and J within thirty (30) days and provide proof of such income to the Trustee in conjunction with such filing.
- [x] In the event Debtor's non-filing spouse returns to her employment or secures new employment, Debtor shall file Amended Schedules I and J within thirty (30) days and provide proof of such income to the Trustee in conjunction with such filing.

**DATED:** _____

Stipulated and approved as to form and content:

/s/ Tammy L. Terry                    /s/ Caralyce M. Lassner
Tammy L. Terry (P46254)               KAREN E. EVANGELISTA, PC
Chapter 13 Trustee                    Karen E. Evangelista (P36144)
535 Griswold, Ste. 2100               Caralyce M. Lassner, of counsel (P59245)
Detroit, MI 48226                     410 W. University Drive, Suite 225
                                      Rochester, MI  48307
                                      (248) 652-7990
                                      kevangelistalaw@gmail.com
                                      caralyce@lassnerlaw.com

**Signed on May 22, 2020**

                                              /s/ Thomas J. Tucker
                                              **Thomas J. Tucker**
                                              **United States Bankruptcy Judge**